DEFENDANT: Miguel Regalado Gutierrez
CASE NUMBER: CR207-00053-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:  24 months  .

[  ]  The Court makes the following recommendations to the Bureau of Prisons:

[X]  The defendant is remanded to the custody of the United States Marshal.
[  ]  The defendant shall surrender to the United States Marshal for this district:

    [  ] at ___ [  ] a.m. [  ] p.m. on _____.
    [  ] as notified by the United States Marshal.

[  ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [  ] before 2 p.m. on _____.
    [  ] as notified by the United States Marshal.
    [  ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on __12-3-07__ to __PPCC__

at __PINE PRAIRIE CORRECTIONAL CTR.__, with a certified copy of this judgment.
1133 HAMPTON DUPRE RD.
P.O. BOX 650
PINE PRAIRIE, LA 70576

_____
United States Marshal

By _____
Deputy United States Marshal

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2008 JAN -2 PM 1:56
CLERK
S.D. DIST. OF GA.